IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
SYLVIA ANDERSON,              )
                              )
     Plaintiff,               )
                              )        CIVIL ACTION NO.
     v.                       )          2:26cv455-MHT
                              )             (WO)
JAMES D'AUGUSTE, et al.,      )
                              )
     Defendants.              )
```

OPINION

Plaintiff, who is pro se and sought to proceed in forma pauperis, filed a three-sentence complaint stating only: "Defendants showed fast speed in claims[.] Defendants are subjected to actions[.] Plaintiff requests this Court to adjudicate." Complaint (Doc. 1). This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to prosecute, and that, in the future and when appropriate, when similar complaints are filed that appear meritless, contain only a few short lines of unadorned, conclusory

allegations, and are duplicates of other complaints filed in the federal courts, the complaints should be summarily dismissed without prejudice for failure to state a claim upon which relief can be granted. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate order and judgment will be entered.

DONE, this the 6th day of August, 2026.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE