IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
SYLVIA ANDERSON,              )
                              )
     Plaintiff,               )
                              )        CIVIL ACTION NO.
     v.                       )          2:26cv455-MHT
                              )              (WO)
JAMES D'AUGUSTE, et al.,      )
                              )
     Defendants.              )
```

ORDER AND JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 8) is adopted.

(2) This lawsuit is dismissed without prejudice for failure to prosecute.

(3) In the future, when appropriate, when similar complaints are filed that appear meritless, contain only a few short lines of unadorned, conclusory allegations, and are duplicates of other complaints filed in the federal courts, the complaints will be

summarily dismissed without prejudice for failure to state a claim upon which relief can be granted.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 6th day of August, 2026.

                      /s/ Myron H. Thompson
                      UNITED STATES DISTRICT JUDGE

2